UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERICKSON ANTHONY VARGAS,**

      **Plaintiff,**

v.                                  **Case No: 6:13-cv-1683-Orl-41TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), filed on October 29, 29, 2013, seeking judicial review of a final decision by the Commissioner of the Social Security Administration denying Plaintiff's claim for Supplemental Security Income ("SSI") pursuant to 42 U.S.C. § 405(g).

The United States Magistrate Judge Thomas B. Smith filed a Report and Recommendation (Doc. 22) on December 11, 2014, recommending that the Commissioner's final decision be reversed and remanded on several assignments of error asserted by Plaintiff.

Defendant filed Commissioner's Objections to the Magistrate Judge's Report and Recommendation (Doc. 23) on December 18, 2014. Plaintiff responded by filing Plaintiff's Response to Defendant's Objections (Doc. 24) on December 30, 2014.

After an independent *de novo* review of the record, this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. This Court makes no determination as to whether Plaintiff meets the requirements of Listing 12.05C as a matter of law.

Further, any decision regarding reassignment of this matter to a different ALJ on remand will be left to the sound discretion of the Commissioner.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 22) filed on December 11, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and close the case.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Upon receipt of such notice, Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise them that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record